AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

36 C.F.R. §1004.23(a)(1) - Driving Under the Influence of Alcohol
36 C.F.R. §1004.23(a)(2) - Driving with a Blood Alcohol Content Above 0.08%

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-Filing

**PENALTY:**
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

**DEFENDANT - U.S.**

FILED
SEP - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

▶ RICHARD ANTHONY DUARTE

DISTRICT COURT NUMBER

CR 07 0569

MAG

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 7/26/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

**FILED**

SEP - 4 2007

E-Filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 0569 MAG |
|---|---|
| Plaintiff, | ) VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol (Class B misdemeanor); 36 C.F.R.§ 1004.23(a)(2) - Driving with a Blood Alcohol Content above 0.08% (Class B misdemeanor) |
| v. | ) |
| RICHARD ANTHONY DUARTE, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

**I N F O R M A T I O N**

The United States Attorney charges:

<u>COUNT ONE</u>: 36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol

On or about July 26, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

RICHARD ANTHONY DUARTE,

did operate and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered it incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1).

INFORMATION

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08%

On or about July 26, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendant,

RICHARD ANTHONY DUARTE,

did operate and was in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in his blood and breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2).

DATED: 8/30/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION