| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Lili M. Harrell | | | REPORTER/FTR FTR 11:13am - 11:20am | |
| MAGISTRATE JUDGE Elizabeth D. Laporte | | DATE October 23, 2007 | | NEW CASE ☐ | CASE NUMBER CR 07-0569 MAG | |
| **APPEARANCES** | | | | | | |
| DEFENDANT Richard Duarte | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Ron Tyler | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Erik Eastman (LC) | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☒ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME | | |
| **ARRAIGNMENT** | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| **PLEA** | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☒ GUILTY | GUILTY TO COUNTS: ☒ One | | |
| ☒ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☒ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | |
| TO: 1/28/08 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: 9:30am | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. Laporte | ☐ DETENTION HEARING | | | ☐ MOTIONS | | ☒ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | |

Defendant sworn. Court finds factual basis for defendant's plea and finds defendant entered a knowing and voluntary plea. The plea is accepted by the Court.
Parties stipulate for the record that in lieu of a fine, defendant may perform community service.

FILED
OCT 2 3 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA