BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DUARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RICHARD ANTHONY DUARTE,  )<br>  )<br>Defendant.  )<br>_____ ) | No. CR 07-00569 MAG (EDL)<br><br>**STIPULATION TO CONTINUE<br>HEARING; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentence hearing in the above-captioned matter, presently scheduled for January 28, 2008, be continued to March 18, 2008, at 10:30 a.m. The reason for the continuance is that the defendant, Mr. Duarte, had school commitments during the month of December and needed to reschedule the presentence interview. Therefore, additional time is necessary to complete the presentence report.

//

//

//

//

STIPULATION TO CONTINUE
HEARING *U.S. v. Richard Anthony Duarte*
*No. CR 07-00569 MAG (EDL)*            1

1   All parties are available on the requested date.

2   IT IS SO STIPULATED.

3

4   Dated:   January 14, 2008                    _____/S/_____
                                                 RONALD C. TYLER
5                                                Assistant Federal Public Defender

6   Dated:   January 14, 2008                    _____/S/_____
                                                 WENDY M. THOMAS
7                                                Assistant United States Attorney

8

9                              **[PROPOSED] ORDER**

10      GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11  aforementioned matter currently set for January 28, 2008 shall be continued to March 18, 2008,

12  at 10:30 a.m.

13  **IT IS SO ORDERED**.

14

15  Dated:_____         _____
                                          HONORABLE ELIZABETH D. LAPORTE
16                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING *U.S. v. Richard Anthony Duarte*
*No. CR 07-00569 MAG (EDL)*              2